UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61273-RNS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

MONACO MOTOR WORKS, INC. and
GHANEM GHANEM,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff HOWARD MICHAEL CAPLAN and Defendants MONACO MOTOR WORKS, INC. and GHANEM GHANEM, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: November 8, 2022                        Respectfully submitted,

| | |
|---|---|
| *s/Ronald E. Stern, Esq.* | *s/ Adam S. Chotiner*[1] |
| Ronald E. Stern, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 10089 | FL Bar No. 0146315 |
| The Advocacy Law Firm, P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 1250 East Hallandale Beach Blvd., Suite 503 | 7777 Glades Road, Suite 400 |
| Hallandale Beach, FL 33009 | Boca Raton, FL 33434 |
| Tel: (954) 639-7016 | Tel: (561) 477-7800 |
| Fax: (954) 639-7198 | Fax: (561) 477-7752 |
| E-Mail: ronsternlaw@gmail.com | E-Mail: achotiner@sbwh.law |
| Attorneys for Plaintiff | Attorneys for Defendants |

---

[1] Ronald E. Stern has provided Adam S. Chotiner with express authority to jointly file this stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Howard Michael Caplan v. Monaco Motor Works, Inc. and Ghanem Ghanem*
Case No. 0:22-cv-61273-RNS
United States District Court, Southern District of Florida

| | |
|---|---|
| Ronald E. Stern, Esq.<br>E-Mail: ronsternlaw@gmail.com<br>Ronnette Gleizer, Esq.<br>E-Mail: rona@civiljusticefirm.com<br>The Advocacy Law Firm, P.A.<br>1250 East Hallandale Beach Boulevard<br>Suite 503<br>Hallandale Beach, FL 33009<br>Tel: (954) 639-7016<br>Fax: (954) 639-7198<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |